**Order entered December 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01288-CV

### JAY NORDSTROM, Appellant

### V.

### ROBERT GORDON D/B/A STUTTGART AUTO GROUP, Appellee

### On Appeal from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-14-02276-C

## ORDER

By postcard dated October 8, 2014, we notified Court Reporter Janet Wright that the reporter's record in this case was overdue. We directed Ms. Wright to file the reporter's record within thirty days. To date, Ms. Wright has not responded. By letter dated November 18, 2014, appellant Nordstrom notified the Court that he had "requested that the court reporter prepare the reporter's record and send the notice of cost." Appellant also notified the Court that Ms. Wright has failed to respond to his request.

Accordingly, we **ORDER** Court Reporter Janet Wright to file, within **TEN DAYS** of the date of this order, written verification that appellant has not made payment arrangements for the record. If payment arrangements have been made, we **ORDER** Court Reporter Janet Wright to

file the reporter's record within **THIRTY DAYS** of the date of this Order.

/s/      CRAIG STODDART
           JUSTICE